**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HECTOR DAVID CASTILLO SANCHEZ,

      *Petitioner*,

v.                              Case No. 3:26-cv-1115-WWB-MCR

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

      *Respondents*.

_____

**ORDER**

THIS CAUSE is before the Court on Petitioner's Notice of Voluntary Dismissal (Doc. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 13, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of Record